IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR HERNANDEZ LOPEZ, aka
OSCAR LOPEZ HERNANDEZ,

    Petitioner,                           No. 2:12-cv-1602 CKD P

  vs.

UNITED STATES OF AMERICA, et al.,

    Respondents.                       ORDER

_____/

       Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

1  2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 pauperis form used by this district.

Dated: June 19, 2012

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
lope1602.101a