IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR HERNANDEZ LOPEZ, aka
OSCAR LOPEZ HERNANDEZ,

      Petitioner,               No. 2:12-cv-1602 CKD P

    vs.

UNITED STATES OF AMERICA, et al.,      ORDER AND

      Respondent.             FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed June 20, 2012, petitioner was ordered to file a request to proceed in forma pauperis or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order. Although it appears from the file that petitioner's copy of the order was returned, petitioner was properly served. It is petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

1

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." In his objections petitioner may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case. See Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant). Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 9, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
lope1602.133a